UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IYANKARAN THEIVENDRARAJAH, | § § § | |
| Petitioner, | § § | |
| v. | § § | SA-20-CA-370-XR |
| CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security; WILLIAM P. BARR, U.S. Attorney General; MATTHEW ALBENCE, Acting Director of ICE; KENN CUCCINELLI Acting Director of USCIS; MICHAEL PITTS, Field Office Director of Detention and Removal ICE; and RAY CASTRO, Warden, South Texas Detention Facility; | § § § § § § § § § § § § | |
| Respondents. | § | |

**ORDER RETURNING CASE TO THE DISTRICT COURT**

Before the Court is the status of the above case, in which Petitioner sought release from immigration custody pursuant to 28 U.S.C. § 2241. (Docket Entry 1.) The District Court referred this matter to the undersigned Magistrate Judge for consideration of pretrial matters on May 4, 2020. (Docket Entry 3.)

Respondents have submitted an Advisory to the Court indicating that Petitioner was removed on or about September 17, 2020. (Docket Entry 35.) In light of Petitioner's release, there appears to be no further pretrial matters for the Magistrate Judge to act upon. Accordingly, it is **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on September 22, 2020.

_____
Henry J. Bemporad
United States Magistrate Judge